NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SINGAPORE ASAHI CHEMICAL & SOLDER INDUSTRIES PTE LTD.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2020-2051

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00377.

---

**JUDGMENT**

---

JUDE ANN FRY, Fay Sharpe LLP, Cleveland, OH, argued for appellant. Also represented by BRENDAN JAMES GOODWINE.

CAROLYN CHANG, Marton Ribera Schumann & Chang LLP, San Francisco, CA, argued for appellee. Also represented by RYAN J. MARTON, HECTOR JULIAN RIBERA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, MAYER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 8, 2021         /s/ Peter R. Marksteiner
    Date                  Peter R. Marksteiner
                          Clerk of Court